# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ADRIAN MUNOZ, | |
| Plaintiff, | Case No. 1:23-cv-09292 |
| v. | Hon. Lashonda A. Hunt |
| MOBILY, LLC, | Magistrate Judge Young B. Kim |
| Defendant. | |

## JOINT INITIAL STATUS REPORT

Pursuant to the Court's September 13, 2023 Order [Dkt. 4], the Parties submit the following Joint Initial Status Report:

1. **The Nature of the Case**

    a. **Attorneys of Record:**

    | | |
    |---|---|
    | **Mohammed O. Badwan**<br>SULAIMAN LAW GROUP LTD.<br>2500 South Highland Ave., Suite 200<br>Lombard, IL 60148<br>(630) 575-8180<br>mbadwan@sulaimanlaw.com<br>*Counsel for Plaintiff* | **Kathryn Montgomery Moran**<br>**Emma R. Graham**<br>Jackson Lewis, P.C.<br>150 North Michigan Ave., Suite 2500<br>Chicago, IL 60601<br>(312) 787-4949<br>kathryn.moran@jacksonlewis.com<br>emma.graham@jacksonlewis.com<br>*Counsel for Defendant* |

    b. **Nature of the Claims**.

    Plaintiff brings this action seeking redress under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-5 *et seq.* ("Title VII") for sexual harassment, gender-based discrimination, and retaliation for engaging in protected activity under Title VII.

c. **Major Legal and Factual Issues:**.

   i. Whether Plaintiff is a member of a protected class(es);
   ii. Whether Plaintiff was performing at Defendant's legitimate expectations;
   iii. Whether Plaintiff was discriminated against for reporting his supervisor's alleged misconduct;
   iv. Whether Plaintiff was retaliated against for reporting his supervisor's alleged misconduct;
   v. Whether Plaintiff suffered an adverse employment action;
   vi. Whether Defendant treated similarly situated employees outside of Plaintiff's protected class(es) more favorably;
   vii. Whether Defendant's decision to terminate Plaintiff's employment was pretextual;

   d. **Relief:** State the relief sought by any of the parties.

   i. Back pay with interest;
   ii. Payment of interest on all back pay recoverable;
   iii. Front pay;
   iv. Loss of benefits;
   v. Compensatory and punitive damages;
   vi. Reasonable attorneys' fees and costs;
   vii. Award pre-judgment interest if applicable; and
   viii. Award Plaintiff any and all other such relief as the Court deems just and proper.

2. **Jurisdiction:**

   a. **Federal Question Statutes**:

   Plaintiff contends that subject matter jurisdiction exists as this lawsuit arises under the laws of the United States, including the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5 *et seq*. ("Title VII"). The Court has subject matter jurisdiction over Plaintiff's claims under 28 U.S.C. § 1331.

   b. **Diversity or Supplemental Jurisdiction**: N/A.

3. **Status of Service**: Defendant has been served.

4. **Consent to Proceed Before a United States Magistrate Judge:**

   The Parties do not consent to a magistrate judge.

5. **Motions:**

   a. **Pending Motions:** None.

   b. **Defendant's Responsive Pleading:** Defendant has filed an answer.

6. **Case Plan**

   a. **Proposed Discovery Plan:**

      i. Type of Discovery Needed: the Parties will need written and oral discovery.

      ii. Rule 26(a)(1) Initial Disclosures Due: December 6, 2023.

      iii. Date to Issue Written Discovery: December 6, 2023

      iv. Deadline to Complete Fact Discovery: June 28, 2024

      v. Expert Discovery: N/A

      vi. Deadline to File Dispositive Motions: September 27, 2024

   b. **Trial:**

      i. Jury Demand: Plaintiff has demanded a jury trial.

      ii. Length of Trial: 2-3 days

7. **Settlement**

   a. **Settlement Discussions:** State whether any settlement discussions have occurred.

      Parties have yet to engage in settlement discussions. Defendant has requested a settlement demand.

   b. **Status:** Describe the status of any settlement discussions.

      N/A

c. **Settlement Conference:** The Parties may be interested in a settlement conference after the completion of written discovery.

Date: November 8, 2023

*/s/Mohammed Badwan*
Mohammed O. Badwan, Esq.
SULAIMAN LAW GROUP LTD.
2500 South Highland Ave., Suite 200
Lombard, IL 60148
(630) 575-8181
mbadwan@sulaimanlaw.com
*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Kathryn Montgomery Moran*
Kathryn Montgomery Moran
Emma R. Graham
Jackson Lewis, P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601
(312) 787-4949
kathryn.moran@jacksonlewis.com
emma.graham@jacksonlewis.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November 2023, a true and correct copy foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:

**Kathryn Montgomery Moran**
**Emma R. Graham**
Jackson Lewis, P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601
(312) 787-4949
kathryn.moran@jacksonlewis.com
emma.graham@jacksonlewis.com
*Attorneys for Defendant*

                                                        **/s/ *Mohammed Badwan***
                                                        **MOHAMMED BADWAN, ESQ.**