UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN MUNOZ,<br><br>        Plaintiff.<br><br>    v.<br><br>MOBILY, LLC,<br><br>        Defendant. | Case No. 1:23-cv- 09292 |

**CERTIFICATE OF SERVICE**

    I, Mohammed O. Badwan, Esq. of the law firm Sulaiman Law Group, Ltd., hereby certify that on this 4th day of December, 2023, and pursuant to this Court's Order entered on November 30, 2023, [Dkt. 17], I caused a true and correct copy of the Court's Order [Dkt. 17] and Plaintiff's Motion to Withdrawal [Dkt. 18] to be electronically mailed to Plaintiff, Adrian Munoz at caleno.munoz@yahoo.com and via U.S. regular mail 1819 S. 61st Avenue, Cicero, Illinois 60804. I also hereby certify that counsel for Plaintiff attempted to call and text message Plaintiff to inform him of the upcoming hearing.

    Dated this 4th day of December, 2023.

                                                /s/ *Mohammed O. Badwan*
                                              **MOHAMMED O. BADWAN, ESQ.**
                                              IL Bar No.: 6299011
                                              **SULAIMAN LAW GROUP LTD.**
                                              2500 S. Highland Avenue, Suite 200
                                              Lombard, Illinois 60148
                                              Phone (630) 575-8181
                                              Fax (630) 575 - 8188
                                              mbadwan@sulaimanlaw.com
                                              *Attorney for Plaintiff*